In the Matter of JESSIE J. BARNES, Appellant, v RONALD HARLING, Superintendent, Monroe County Jail, Respondent.

Submitted July 9, 2012; decided September 11, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of the Estate of ALBERT N. EISENBERG, Deceased. LAW OFFICES OF SEEMA VERMA PLLC, Appellant; CITIGROUP, INC., et al., Respondents.

Submitted June 18, 2012; decided September 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.